LAW LIBRARY

NO. 30473

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JEANMARC OFFERGELD, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING

ORDER

(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the petition filed in the supreme court by petitioner Jeanmarc Offergeld, it appears that we lack jurisdiction to conduct a de novo review of petitioner's grievances. See HRS § 602-5 (Supp. 2009). Therefore,

IT IS HEREBY ORDERED that the petition is dismissed.

DATED: Honolulu, Hawai'i, May 17, 2010.